■ HERBERT EISENSTADT et al., Appellants, v JOSEPHTHAL & Co., INC., Respondent, et al., Defendants.—Appeal by the plaintiffs from an order of the Supreme Court, Nassau County, entered January 29, 1987.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Burstein at the Supreme Court, Nassau County. Thompson, J. P., Spatt, Sullivan and Harwood, JJ., concur.